UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY & OVERSIGHT,

Plaintiff,

v.

SECURITIES AND EXCHANGE COMMISSION,

Defendant.

No. 1:24-cv-00331-RBW

**JOINT STATUS REPORT**

Pursuant to this Court's order of March 15, 2024, the parties respectfully submit this joint status report.

In its Complaint, filed February 2, 2024, Plaintiff asserted claims in connection with a Freedom of Information Act ("FOIA") request, dated December 29, 2023, and assigned FOIA Request No. 24-01016-FOIA.

The SEC has since informed Plaintiff that, upon a preliminary review, it identified approximately 82 email records, consisting of approximately 336 pages, that may be responsive to FOIA Request No. 24-01016-FOIA.  Two of the email records have the same attachment, consisting of 16 pages, that the SEC has indicated is subject to a confidential treatment request and is, consequently, going through the confidential treatment process pursuant to SEC Rule 83 (17 C.F.R. § 200.83).  An additional attachment, consisting of 25 pages, that may have confidential commercial or financial information is also undergoing the confidential treatment process.

With respect to the remaining approximately 279 pages, the parties have agreed on an anticipated production schedule: The SEC anticipates releasing the non-exempt responsive records by May 24, 2024. The FOIA Office is currently processing the records in accordance with the agreed-upon schedule.

The parties propose that they provide a further status report to the Court in approximately 45 days, on May 28, 2024, at which time they can report on the status of the SEC's processing of Plaintiff's FOIA requests.

Dated:  April 12, 2024                                                   Respectfully submitted,

/s/ Matthew D. Hardin                                                   /s/ Esther Cheng
Matthew D. Hardin, D.C. Bar No 1032711       Esther Cheng
Hardin Law Office                                                        Office of the General Counsel
1725 I Street NW, Suite 300                                       U.S. Securities and Exchange Commission
Washington, DC 20006                                               D.C. Bar No. 1029082
Phone: 202-802-1948                                                  100 F Street, NE
Email: MatthewDHardin@gmail.com                     Washington, D.C. 20549
                                                                                       Telephone: (202) 551-5092
*Counsel for Plaintiff*                                                Fax: (202) 772-9263
*Government Accountability & Oversight*       Email: ChengEs@sec.gov

                                                                                       *Counsel for Defendant*
                                                                                       *U.S. Securities and Exchange Commission*