# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT, | ) ) ) ) |
| Plaintiff, | ) ) Case No. 1:24-cv-331-RBW |
| v. | ) ) |
| SECURITIES & EXCHANGE COMMISSION, | ) ) ) |
| Defendants. | ) |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that this action is DISMISSED AS MOOT.

Respectfully submitted this 29th day of August, 2024,

/s/Matthew D. Hardin
MATTHEW D. HARDIN
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Tel: (202) 802-1948
Email: MatthewDHardin@protonmail.com

*Counsel for Plaintiff*
*Government Accountability & Oversight*

/s/ Esther Cheng
Esther Cheng
Office of the General Counsel
U.S. Securities and Exchange Commission
D.C. Bar No. 1029082
100 F Street, NE
Washington, D.C. 20549
Telephone: (202) 551-5092
Fax: (202) 772-9263
Email: ChengEs@sec.gov

*Counsel for Defendant*
*U.S. Securities and Exchange Commission*